**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
**UTICA DIVISION**

| | | |
|---|---|---|
| SHERRY WELLINGTON | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION |
| vs. | ) | FILE NO. 6:11-cv-00633-GLS-ATB |
| | ) | |
| | ) | NOTICE OF DISMISSAL OF CASE |
| CREDITORS FINANCIAL GROUP, | ) | |
| LLC | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

    **NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of

the District Court, Northern District of New York, Plaintiff's Notice of  Dismissal

of Case With Prejudice, a copy of which is herewith served upon Defendant.

    Respectfully submitted  this 7th day of October, 2011.


ATTORNEYS FOR PLAINTIFF
*Sherry Wellington*


By: s/Dennis R. Kurz
Dennis R. Kurz
NY Bar No. 4570453
***Weisberg & Meyers, LLC***
Attorneys for Plaintiff
5025 N. Central Ave. #602
Phoenix, AZ 85012
(888) 595-9111 ext. 412
(866) 842-3303 (fax)
dkurz@attorneysforconsumers.com

Notice Filed electronically on this 7th day of October, 2011, with:

United States District Court CM/ECF system

s/Jessica DeCandia
Jessica DeCandia