UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
UTICA DIVISION

| | |
|---|---|
| SHERRY WELLINGTON ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| vs. ) | FILE NO. 6:11-cv-00633-GLS-ATB |
| ) | |
| ) | NOTICE OF DISMISSAL OF CASE |
| CREDITORS FINANCIAL GROUP, ) | |
| LLC ) | |
| ) | |
| Defendant. ) | |
| ) | |

**NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the District Court, Northern District of New York, Plaintiff's Notice of Dismissal of Case With Prejudice, a copy of which is herewith served upon Defendant.

Respectfully submitted this 7th day of October, 2011.

ATTORNEYS FOR PLAINTIFF
*Sherry Wellington*

By: s/Dennis R. Kurz
Dennis R. Kurz
NY Bar No. 4570453
***Weisberg & Meyers, LLC***
Attorneys for Plaintiff
5025 N. Central Ave. #602
Phoenix, AZ 85012
(888) 595-9111 ext. 412
(866) 842-3303 (fax)
dkurz@attorneysforconsumers.com

**SO ORDERED:**

*/s/ Gary L. Sharpe*
U.S. District Judge
Date: October 11, 2011

*Notice of Dismissal*
*Page 1 of 2*